Jocelyn A. Merced, Esq.
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
10 Madison Avenue, Suite 400
Morristown, NJ 07960
(973) 656-1600
jocelyn.merced@ogletreedeakins.com
*Attorneys for Defendants PetNet Solutions, Inc. and*
*Siemens Medical Solutions USA, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIA GRANDE, | Civ. Action No.: 3:22-cv-07378 **(RK)**(DEA) |
| PLAINTIFF, | |
| v. | **STIPULATION OF DISMISSAL** |
| | **WITH PREJUDICE** |
| PETNET SOLUTIONS, INC. & SIEMENS MEDICAL SOLUTIONS USA, INC. D/B/A SIEMENS HEALTHINEERS, | |
| DEFENDANTS. | |

The matters in controversy between Plaintiff Maria Grande ("Plaintiff") and Defendants PetNet Solutions, Inc. and Siemens Medical Solutions USA, Inc. (collectively "Defendants") having been amicably resolved, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated that this action shall be dismissed with prejudice, with Plaintiff and Defendants each to bear their own costs, including attorneys' fees.

| | |
|---|---|
| **KIPNIS LAW OFFICES** | **OGLETREE, DEAKINS, NASH,** |
| *Attorneys for Plaintiff* | **SMOAK & STEWART, P.C.** |
| | *Attorneys for Defendants* |
| /s DARYL J. KIPNIS, ESQ. | s/Jocelyn A. Merced, Esq. |
| Daryl J. Kipnis, Esq. | Jocelyn A. Merced, Esq. |
| Dated: December 20, 2023 | Dated: December 20, 2023 |

So ordered this 20th day of December, 2023.

Robert Kirsch, U.S.D.J.

1